UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCKET MORTGAGE, LLC,

     Plaintiff,

v.

THE GAMERO GROUP, INC., et al.,

     Defendants.

Case No. 23-cv-10578

Honorable Robert J. White

**CONSENT JUDGMENT AS TO DEFENDANT
THE GAMERO GROUP, INC. D/B/A FUNDING L.A., ONLY**

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiff Rocket Mortgage, LLC, against Defendant, The Gamero Group, Inc. d/b/a Funding L.A., ONLY, in the amount of $485,616.77 which is inclusive of the parties' agreement regarding monetary damages in the amount of $448,566.36 and attorney's fees and costs in the amount of $37,050.41 as of November 25, 2025

**IT IS FURTHER ORDERED AND ADJUDGED** this Judgment shall be immediately enforceable by Rocket Mortgage, LLC, The Gamero Group, Inc. d/b/a Funding, L.A. having consented to this Judgment and having waived all rights under Michigan law to a stay of its enforcement.

**IT IS FURTHER ORDERED AND ADJUDGED** that the enforcement of this Judgment is governed by the terms and conditions of the Settlement Agreement executed by and between the parties on March 12, 2026, the Broker Agreement and Michigan law, including but not limited to statutory interest rates.

SO ORDERED.

Dated: May 4, 2026

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

/s/ Deborah S. Lapin
Deborah S. Lapin
Attorney for Plaintiff Rocket Mortgage, LLC

/s/ Jonathan B. Frank w/ permission
Jonathan B. Frank
Attorney for Defendant The Gamero Group, Inc. d/b/a Funding, L.A.